N° 210 Sup Court 1830. *United States vs. Tho$^s$ Lewis*
Filed in open Court May 10. 1830

*To the Hon. the Judges of the Supreme Court of the Territory of Michigan now in session*

The undersigned Richard Smith and John A. Rucker of the County of Wayne and Territory of Michigan and Citizens of the Township of Monguagon, do testify

and say and make complaint that one Thomas Lewis of said Monguagon is is using and occuping the offices of Town Clerk, Assessor of Taxes, Director of the Poor and Inspector of Schools of the said Township of Monguagon in said County of Wayne, yet the Undersigned are informed and verily believe, that the said Thomas Lewis is not a Citizen of the United States but on the Contrary is an alien born, not naturalized and therefore pray a writ of Quo Warranto may issue to him to shew cause if any he has why and by what right he exercises his power in the said several offices in said Township of Monguagon & further saith not

Territory Michigan ⎱
Wayne County ⎰

RICH<sup>D</sup> SMYTH
JOHN A. RUCKER

Detroit May 7th 1830
Sworn to before me in due form
    J McDONELL
      J. Peace


*To William A Fletcher Esq<sup>r</sup> Aty. General of the Territory Michigan—*
Be pleased to take notice of the within Complaint and oblige the people—
                        RICH<sup>D</sup> SMYTH
                        JOHN A. RUCKER